**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JORGE GARZON,**

        **Plaintiff,**

**-vs-**                                    **Case No. 6:10-cv-1606-Orl-28DAB**

**PROSWEEP CENTRAL FLORIDA, LLC,**
**MARIA ROBINSON, RICHARD**
**ROBINSON, JR.,**

        **Defendants.**

_____

# ORDER

This case is before the Court on the Joint Motion to Approve Settlement (Doc. No. 43) filed November 14, 2011. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and consideration of the Joint Notice of Non-Objection to the Report and Recommendation (Doc. No. 45), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed November 18, 2011 (Doc. No. 44) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion to Approve Settlement (Doc. No. 43) is **GRANTED**.

3. The Court finds that the settlement is a fair and reasonable resolution of a bona fide dispute over Fair Labor Standard Act provisions and is approved as to the terms stated in the motion.

    4.    This case is dismissed with prejudice.

    5.    The Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __22nd__ day of November, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record

_____
JOHN ANTOON II
United States District Judge